*Mr. S. M. Logan,* for Appellant.

*Messrs. Noffsinger & Folsom,* for Respondent.

---

No. 1,943.—WM. W. DeWITT, Appellant, *v.* MARGARET MORASE, Respondent.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

On motion to dismiss appeal.

Decided September 28, 1904.

Per Curiam.—Upon motion of the respondent herein the appeal is hereby dismissed.

*Messrs. Cort & Worden,* for Appellant.

*Mr. R. Von Tobel,* for Respondent.